IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JACQUELINE JOUBERT; KATHERINE PATTEN; KETON HOLLINGSWORTH; DEMETRIS STOKES; and OLGA MARIA ACEVEDO,<br><br>    Plaintiffs,<br><br>    v.<br><br>ZACHARY HUSSAIN; SONDY LAWRENCE; TINA BLAND; VICTORY DUNCAN; JIM HANNAH; HARRIET COLES; MICHAEL NEWMAN; CHERI NEWMAN; LISA CHILDS; WAYLON CAWLEY; EDNA AWAD; and COLUMBIA COUNTY, GEORGIA,<br><br>    Defendants. | CV 118-147 |

_____

**O R D E R**
_____

This matter is before the Court on Defendants Hussain, Lawrence, Bland, Duncan, Hannah, Coles, Michael Newman, Cheri Newman, Childs, Cawley, and Awad's ("Individual Defendants") motion to stay discovery pending the Court's ruling on their motion for judgment on the pleadings, (doc. no. 17). For the reasons set forth below, the Court **GRANTS** the motion to stay. (Doc. no. 18.)

The "[C]ourt has broad inherent power to stay discovery until preliminary issues can be settled which may be dispositive of some important aspect of the case." Feldman v. Flood, 176 F.R.D. 651, 652 (M.D. Fla. 1997). Before deciding to stay discovery, the Court should:

balance the harm produced by a delay in discovery against the possibility that the motion will be granted and entirely eliminate the need for such discovery. This involves weighing the likely costs and burdens of proceeding with discovery. It may be helpful to take a preliminary peek at the merits of the allegedly dispositive motion to see if on its face there appears to be an immediate and clear possibility that it will be granted.

Id. (internal citation and quotation omitted).

Based on a preliminary peek at the defense motion, the Court finds an immediate and clear possibility of a ruling "which may be dispositive of some important aspect of the case." Indeed, Individual Defendants have moved for dismissal of the case in its entirety, (see doc. no. 17.) When balancing the costs and burdens to the parties, the Court concludes discovery should be stayed pending resolution of the motion for judgment on the pleadings. See Chudasama v. Mazda Motor Corp., 123 F.3d 1353, 1367 (11th Cir. 1997); Moore v. Potter, 141 F. App'x 803, 807-08 (11th Cir. 2005).

Thus, the Court **STAYS** all discovery in this action pending resolution of Individual Defendants' motion for judgment on the pleadings. Should any portion of the case remain after resolution of the motion, the parties shall confer and submit a Rule 26(f) Report, with proposed case deadlines, within seven days of the presiding District Judge's ruling.

SO ORDERED this 3rd day of October, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA