IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JACQUELINE JOUBERT, KATHERINE   *
PATTEN, KETON HOLLINGSWORTH,   *
DEMETRIS STOKES, and OLGA MARIA   *
ACEVEDO,   *
  *
   Plaintiffs,   *
  *
    v.   *     CV 118-147
  *
ZACHARY HUSSAIN; SONDY   *
LAWRENCE; TINA BLAND; VICTORY   *
DUNCAN; JIM HANNAH; HARRIET   *
COLES; MICHAEL NEWMAN; CHERI   *
NEWMAN; LISA CHILDS; WAYLON   *
CAWLEY; EDNA AWAD; and   *
COLUMBIA COUNTY, GEORGIA,   *
  *
   Defendants.   *

## O R D E R

Before the Court is a Joint Motion to Extend Stay of Discovery.[1] (Doc. 46.) United States Magistrate Judge Brian K. Epps stayed discovery in this case pending resolution of Individual Defendants' motion for judgment on the pleadings. (Doc. 20.) Upon denying as moot the motion for judgment on the pleadings on September 23, 2019, the undersigned extended the stay in this case for fourteen days to allow Individual Defendants an opportunity to file an updated motion for judgment on the pleadings. (Order, Doc. 45, at 11.) The stay was set to automatically lift on Tuesday,

---

[1] All parties but Defendant Columbia County, Georgia jointly filed this motion.

October 8, 2019. The parties to the present motion ask the Court to extend the stay of discovery until October 21, 2019, to allow for an opportunity to resolve Plaintiffs' claims against Individual Defendants. Given the short extension requested and the anticipated resolution of claims, see Advanced Bodycare Sols., LLC v. Thione Int'l, Inc., 524 F.3d 1235, 1241 (11th Cir. 2008), the Court **GRANTS** the Motion to Extend Stay of Discovery (Doc. 46). It **IS HEREBY ORDERED** that discovery is stayed in this case until **OCTOBER 21, 2019**.

**ORDER ENTERED** at Augusta, Georgia, this ___8th___ day of October, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA