FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 OCT 25 AM 9: 53
CLERK J. Hodge
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JACQUELINE JOUBERT, KATHERINE
PATTEN, KETON HOLLINGSWORTH,
DEMETRIS STOKES, and OLGA MARIA
ACEVEDO,

Plaintiffs,

v.       CV 118-147

ZACHARY HUSSAIN; SONDY
LAWRENCE; TINA BLAND; VICTORY
DUNCAN; JIM HANNAH; HARRIET
COLES; MICHAEL NEWMAN; CHERI
NEWMAN; LISA CHILDS; WAYLON
CAWLEY; EDNA AWAD; and
COLUMBIA COUNTY, GEORGIA,

Defendants.

## ORDER

Before the Court is a second Joint Motion to Extend Stay of Discovery. (Doc. 48.) United States Magistrate Judge Brian K. Epps stayed discovery in this case pending resolution of Individual Defendants' motion for judgment on the pleadings. (Doc. 20.) Upon denying as moot the motion for judgment on the pleadings on September 23, 2019, the undersigned extended the stay in this case for fourteen days to allow Individual Defendants an opportunity to file an updated motion for judgment on the pleadings. (Order, Doc. 45, at 11.) The stay was set to automatically lift on Tuesday, October 8, 2019, but by request of the parties, the Court extended

the stay of discovery until October 21, 2019, to allow for an opportunity to resolve Plaintiffs' claims against Individual Defendants. (Docs. 46, 47.) The parties now submit a consent request for an additional thirty-day extension of the discovery stay to find alternative counsel due to a nonwaivable conflict of interest that has arisen in the case. Upon due consideration, the Court **GRANTS** the motion (Doc. 48). It **IS HEREBY ORDERED** that discovery is stayed in this case until **NOVEMBER 20, 2019**.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of October, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA